**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jesse Luuloa PIER, Defendant–Appellant.**

**No. 14–1898.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2014.

Filed: Oct. 7, 2014.

Larry C. Pace, Asst. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

District of North Dakota.

Patrick D. Daly, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Jesse Pier directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to unlawful transportation of a minor for sexual purposes. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Pier's sentence is excessive. In addition, counsel has moved for leave to withdraw.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 460–61 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions; where sentence falls within Guidelines range, appeals court may, but is not required to, apply presumption of reasonableness). Further, having independently reviewed the record in accordance with *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

---

1. The Honorable Greg Kays, Chief Judge United States District Court for the Western District of Missouri.